279 F.2d 686
 CHUN KING SALES, INC., Petitioner
v.
NATIONAL LABOR RELATIONS BOARD.
 No. 16454.
 United States Court of Appeals Eighth Circuit.
 May 5, 1960.
 
 Petition to review and set aside an order of the National Labor Relations Board.
 John D. Jenswold, Duluth, Minn., for petitioner.
 Marcel Mallet-Prevost, Asst. Gen. Counsel and Dominick Manoli, Assoc. Gen. Counsel, N.L.R.B., Washington, D.C., for respondent.
 PER CURIAM.
 
 
 1
 Petition to review dismissed on stipulation of parties.